UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAPHAEL HENSON,

    Plaintiff,

v.

KING COUNTY JAIL, *et al.*,

    Defendants.

Case No. C17-1885 RSM

ORDER DISMISSING DEFENDANTS FROM CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's amended complaint (Dkt. 7) and this action are DISMISSED without prejudice as to defendants Pascal Herzer and Dee Sylve for failure of plaintiff to state any claim upon which relief may be granted in this civil rights action. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

(3)     Judge Donohue shall issue a service order directing service of plaintiff's amended complaint on Sergeant Jensen and LaToya Durham.

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 1

1     (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 2