UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAPHAEL HENSON,

                Plaintiff,

    v.

KING COUNTY JAIL, *et al.*,

                Defendants.

Case No. C17-1885-RSM-JPD

ORDER GRANTING KING COUNTY DEFENDANTS' MOTION TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on the King County defendants' motion to continue the dispositive motion filing deadline. Plaintiff has not opposed defendants' motion. The Court having reviewed defendants' motion, and the balance of the record, hereby Orders as follows:

(1) Defendants' unopposed motion to continue the dispositive motion filing deadline (Dkt. 68) is GRANTED. The dispositive motion filing deadline is continued to ***January 15, 2019***.

ORDER GRANTING KING COUNTY DEFENDANTS'
MOTION TO CONTINUE DISPOSITIVE MOTION
FILING DEADLINE - 1

(2) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 13th day of November, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING KING COUNTY DEFENDANTS'
MOTION TO CONTINUE DISPOSITIVE MOTION
FILING DEADLINE - 2