UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAPHAEL HENSON,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY JAIL, *et al.*,<br><br>Defendants. | Case No. C17-1885RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's second amended complaint, defendants' motion for summary judgment, plaintiff's motion for summary judgment, plaintiff's motions to delay summary judgment and to compel discovery, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, and no objections having been filed, hereby finds and ORDERS as follows:

(1) The Report and Recommendation (Dkt. #91) is approved and adopted.

(2) Defendants' Motion for Summary Judgment (Dkt. #74) is GRANTED.

(3) Plaintiff's Motion for Summary Judgment (Dkt. #81) is DENIED.

(4) Plaintiff's Motions to delay summary judgment (Dkt. #82) and to compel discovery (Dkt. #83) are DENIED.

(5) Plaintiff's Second Amended Complaint (Dkt. #58) and this action are DISMISSED without prejudice.

(6) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable James. P. Donohue.

DATED this 9th day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE